FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

_____
_____
_____

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

_____
_____
_____

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

_____
_____
_____

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

_____
_____

_____       _____
            Date                                  Signature of counsel

                                    _____
                                             Printed name of counsel

Please Note: All questions must be answered
cc: _____

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 20th day of December 2013, I caused the Certificate of Interest to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

    Antonia Ramos Soares
    Department of Justice
    Commercial Litigation Branch, Civil Division
    Post Office Box 480
    Ben Franklin Station
    Washington, DC  20044
    (202) 305-7405
    antonia.soares@usdoj.gov

    *Counsel for Appellee*

    /s/ Edward M. Lavin
    Edward M. Lavin
    Law Office of Edward M. Lavin
    8918 Tesoro Dr. #418
    San Antonio, TX  78217
    (210) 829-1938
    elavin@satx.rr.com

    *Counsel for Appellant*