# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**
**CLERK OF COURT**

TELEPHONE: 202-275-8000

February 11, 2014

To: Edward M. Lavin

Re: Appeal No. 14-5030, Fredericksburg Non-Profit v. US

**NOTICE OF REJECTION**

Dear Counsel:

Your recently submitted motion cannot be filed for the following reason(s):

- Filer needs to resubmit the notice under motions, withdraw, withdraw document.

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court