NO. 14-5030

| | |
|---|---|
| FREDERICKSBURG NON-PROFIT HOUSING CORPORATION | IN THE U.S. COURT OF APPEALS |
| | |
| VS. | FOR THE |
| | |
| UNITED STATES OF AMERICA | FEDERAL CIRCUIT |

ORDER GRANTING MOTION TO EXTEND TIME TO FILE
APPELLANT'S REPLY BRIEF

On this day came on to be considered the unopposed motion of Appellant to extend the deadline to file Appellant's Reply Brief from May 15, 2014 to May 29, 2014. The Court finds the motion is unopposed and that good cause is shown, and it is therefore

ORDERED that the deadline for Appellant to file Appellant's Reply Brief is extended to May 29, 2014.

SIGNED the _____ day of May, 2014.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

_____
EDWARD M. LAVIN
8918 Tesoro Dr. #418
San Antonio Tx 78217
Phone (210) 829-1938
Fax (210) 829-5244
E-Mail elavin@satx.rr.com
State Bar No. 12000250
Attorney for Appellant