NO. 14-5030

| | |
|---|---|
| FREDERICKSBURG NON-PROFIT HOUSING CORPORATION | IN THE UNITED STATES COURT OF APPEALS |
| VS. | FOR THE |
| UNITED STATES OF AMERICA | FEDERAL CIRCUIT |

APPELLANT'S MOTION FOR FOURTEEN (14) DAY EXTENSION
OF TIME TO FILE APPELLANT'S REPLY BRIEF

TO SAID HONORABLE COURT:

Now comes FREDERICKSBURG NON-PROFIT HOUSING CORPORATION, Appellant, and respectfully moves the Court for a fourteen (14) day extension of time to file Appellant's Reply Brief, showing:

1. Appellant's Reply Brief is currently required to be filed by May 15, 2014. This motion is being filed more than 7 days prior to that due date.

2. Appellant has notified HUD's counsel of intent to seek this extension. HUD's counsel has agreed to not object to this motion.

3. The undersigned counsel needs additional time to prepare and file Appellant's Reply Brief for the following reasons:

    a. This case involves complex questions of federal and common law involving contracts. Appellee's Brief is quite lengthy and raised multiple factual issues and briefed a very large number of cases which Appellant's counsel must examine in great detail in order to begin working on the Reply Brief to ensure that the briefing in this Court reflects the most current statutory, regulatory and case law applicable to this matter.

    b. The undersigned has for the past several weeks including at present, been immersed in extremely important discovery and evidentiary issues involving two extremely important cases:

        (1) <u>Vardell & Doyle vs. Bill Hall Jr. Trucking Ltd., Et Al</u>, No. 2013-CI-06052, pending in Bexar County, Texas District Court, a multi-million dollar personal injury trucking accident case; and

(2) <u>Bonnie Contreras vs. Frances Hall</u>, 2013-CI-17276, pending in Bexar County, Texas District Court, a half million dollar personal injury intentional tort case.

    c. In connection with the second case described above, this case involves the same facts as a criminal case pending in Bexar County District Court in which the undersigned's client is charged with murder. The undersigned is also heavily involved in assisting criminal defense with fact development for the mutual client's defense.

4. The revised date sought is fourteen (14) days from the present due date, or not later than **May 29, 2014.**

5. No previous request for an extension of time has been granted. The undersigned did originally request an extension to file Appellant's Brief but withdrew that request and that brief was timely filed. The requested extension will not unduly delay this proceeding, is not opposed by HUD's counsel and is in the interest of justice. Appellant accordingly prays the Court will extend the deadline for filing Appellant's Brief to May 29, 2014.

                                                                   Respectfully submitted,

*/s/ Edward M. Lavin*
EDWARD M. LAVIN
8918 Tesoro Dr. #418
San Antonio Tx 78217
Phone (210) 829-1938
Fax (210) 829-5244
E-Mail elavin@satx.rr.com
State Bar No. 12000250
Attorney for Appellant

## CERTIFICATE OF SERVICE

A true copy of the foregoing instrument was delivered to opposing counsel of record by the means indicated below and on the _7TH_ day of _MAY_, 20_14_, by delivering same to:

|  | Certified Mail | Ordinary Mail | Hand Delivery | O'Night Courier | Telefax | E-Mail |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | ✓ |

Ms. Antonia R. Soares
Civil Litigation Branch
U.S. Dept. of Justice
1100 L Street NW, Room 11058
Washington DC 20530

_____
Edward M. Lavin

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

_____
_____
_____

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

_____
_____
_____

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

_____
_____
_____

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

_____
_____

_____          _____
Date                             Signature of counsel

                                 _____
                                 Printed name of counsel

Please Note: All questions must be answered
cc: _____

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 20th day of December 2013, I caused the Certificate of Interest to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Antonia Ramos Soares
Department of Justice
Commercial Litigation Branch, Civil Division
Post Office Box 480
Ben Franklin Station
Washington, DC  20044
(202) 305-7405
antonia.soares@usdoj.gov

*Counsel for Appellee*

/s/ Edward M. Lavin
Edward M. Lavin
Law Office of Edward M. Lavin
8918 Tesoro Dr. #418
San Antonio, TX  78217
(210) 829-1938
elavin@satx.rr.com

*Counsel for Appellant*