# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**  
**CLERK OF COURT**

TELEPHONE: 202-275-8000

May 08, 2014

To: Edward M. Lavin

Re: Appeal No. 14-5030, Fredericksburg Non-Profit v. US

**NOTICE OF REJECTION**

Dear Counsel:

Your recently submitted motion cannot be filed for the following reason(s):

- The motion is not text searchable. (The court notes that the certificate of interest and the certificate of service that are attached to the motion are text searchable however, the entire document, not portions, should be in compliance with the ECF rules. Please resubmit.

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel E. O'Toole  
Daniel E. O'Toole  
Clerk of Court