**LAW OFFICES OF
EDWARD M. LAVIN**
8918 Tesoro Drive, Suite 418
San Antonio, Texas 78217

EDWARD M. LAVIN
Attorney At Law
MICHELE R. HARMON
Senior Legal Assistant
MORGAN L. DOLLINS
Law Clerk

Phone (210) 829-1938
Fax (210) 829-5244
E-Mail elavin@satx.rr.com

Colonel, USAF, Retired

June 2, 2014

Clerk of Court, U.S. Court of Appeals
Federal Circuit
717 Madison Place NW
Washington DC 20439

Re:   No. 14-5030, Fredericksburg Non-Profit Housing Corp. vs. United States

Dear Sir or Ma'm:

On May 30, 2014 I uploaded a Corrected Reply Brief to the Court. Ann of your office has advised me I need to upload this letter notifying the Court I have done so and stating my reasons for the correction.

In the original Reply Brief filed a few days earlier, I inadvertently omitted the Addendum. It was added to the Corrected Reply Brief and was the only change. Thanks.

Very truly yours,

Edward M. Lavin

EML/sad