NO. 14-5030

| | |
|---|---|
| FREDERICKSBURG NON-PROFIT HOUSING CORPORATION | IN THE U.S. COURT OF APPEALS |
| | FOR THE |
| VS. | |
| UNITED STATES OF AMERICA | FEDERAL CIRCUIT |

APPELLANT'S SIXTH NOTICE TO CLERK OF POTENTIAL CONFLICTS
<u>WITH ORAL ARGUMENT SCHEDULING</u>

TO SAID HONORABLE COURT:

    Now comes FREDERICKSBURG NON-PROFIT HOUSING CORPORATION, Appellant and, in compliance with the Court's Notice of Docketing (Docket No. 1-1) filed December 13, 2013, respectfully gives the Clerk notice of potential conflicts with oral argument scheduling. During the seven month period from July 1, 2014 through January 31, 2015, the undersigned presently has the following conflicts:

    **August 11-12, 2014**
    **August 14-15, 2015**
    **August 18-31, 2014**
    **September 1-10, 2014**
    **September 22-30, 2014**
    **October 1-8, 2014**
    **October 14-16, 2014**
    **November 4-6, 2014**
    **November 19-21, 2014**
    **December 4-5, 2014**
    **December 11-12, 2014**
    **December 18-19, 2014**
    **February 6-13, 2015**
    **March 4-10, 2015**

    The undersigned respectfully requests that the Clerk <u>not</u> schedule this case for oral argument on any of the dates indicated above. The undersigned, who will be traveling all the way from San Antonio, also asks that the Clerk give the undersigned as much notice as possible of the scheduled date to permit travel arrangements to be economically made.

    The undersigned will periodically update the Court as to future conflicts or any indicated above which no longer exist.

          Respectfully submitted,

          /s/_____
          EDWARD M. LAVIN
          8918 Tesoro Dr. #418
          San Antonio Tx 78217
          Phone (210) 829-1938
          Fax (210) 829-5244
          E-Mail elavin@satx.rr.com
          State Bar No. 12000250
          Attorney for Appellant

## CERTIFICATE OF SERVICE

A true copy of the foregoing instrument was delivered to opposing counsel of record by the means indicated below by delivering same to:

| | Certified Mail | Ordinary Mail | Hand Delivery | O'Night Courier | Telefax | E-Mail |
|---|---|---|---|---|---|---|
| Ms. Antonia R. Soares<br>Civil Litigation Branch<br>U.S. Dept. of Justice<br>1100 L Street NW, Room 11058<br>Washington DC 20530 | | | | | | x |

          /s/_____
          Edward M. Lavin